

# NUMBER 13-16-00659-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **THE STATE OF TEXAS,** | **Appellant,** |
| **v.** | |
| **MIGUEL MARTINEZ,** | **Appellee.** |

### On appeal from the 332nd District Court of Hidalgo County, Texas.

# ORDER ABATING APPEAL

### Before Justices Rodriguez, Garza, and Longoria
### Order Per Curiam

Appellee's counsel, David Higdon, filed a motion to withdraw as counsel which was granted by the trial court. Because the record fails to indicate whether appellee is entitled to appointed counsel on appeal, we ABATE and REMAND this cause as follows.

Upon remand, the trial court shall determine whether appellee is indigent and entitled to court-appointed counsel. If the trial court determines that new counsel should

be appointed, the name, address, telephone number, email address, and state bar number of the newly appointed counsel shall be included in the order appointing counsel. The trial court shall further cause its order to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of twenty days from the date of this order.

It is so ordered.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
4th day of January, 2017.